## EMSSANAR

**Summary Request**

**Date and time of request:  11-06-2019 9:19**

**Affiliated Citizenship # - 1004603295**

**Ciria Yasury Magallanes Palma**

**Healthcare Provider:  Aurora SAS Oncology Clinic – Pasto (Narino) Region: Narino – Putumayo**

**Outpatient Clinic**

**Services requested**

| Request # | Item # | Code | Description | Amt | Status |
|---|---|---|---|---|---|
| 12580380 | 2 | 01902895 | Creatinine in IV or other fluids | 1 | Audit pending |
| 12580380 | 1 | 00Q0001342 | Surgical removal of breast quadrant and flap of breast skin affecting person with a tumor of uncertain behavior | 1 | Audit pending |
| 12580380 | 3 | 01904508 | Chorionic gonadotropin-blood test to detect hormone, pregnancy test in urine or IV (intravenous) | 1 | Audit pending |

| | | | |
|---|---|---|---|
| 902045 | Time of prothrombin (clotting of blood) | 11/01/2019 15:40 | 1 |
| 902049 | Time of partial prothrombin (clotting of blood) | 11/01/2019 15:40 | 1 |
| 902210 | Blood count | 11/01/2019 15:40 | 1 |
| 903841 | Glucose in IV (intravenous) or other fluids different from urine | 11/01/2019 15:40 | 1 |
| 903895 | Creatinine in IV (intravenous) or other fluids | 11/01/2019 15:40 | 1 |
| 904508 | Chorionic gonadotropin-blood test to detect hormone, pregnancy test in urine or IV (intravenous) | 11/01/2019 15:40 | 1 |

| SURGICAL PROCEDURES | | | |
|---|---|---|---|
| Code | Description | Date – Time | Amount |
| 852201 | Surgical removal of breast quadrant – OBSERVATION – 1 hr. | 11/01/2019 15:40 | 1 |
| 858402 | Flap of breast skin  - OBSERTATION – 1 hr. | 11/01/2019 15:40 | 1 |

_/s/illegible signature_

**Hector Guillermo Lopez**
**Register Number:  3354**
**Oncologist Surgeon Specialist**

Translator:  Gladys Rosario, Staff Interpreter for the Federal Defenders Office – Tampa Division
Date:          January 9, 2020

ONCOLOGY CLINIC AURORA SAS
PASTO
OUTPATIENT CLINICAL HISTORY
NO. C. H. 1004603295        DATE: 11/01/2019
PATIENT IDENTIFICATION

| | | | |
|---|---|---|---|
| PATIENT | MAGALLANES PALMA CIRIA YASURY | DOC ID | CC1004603295 |
| BIRTHPLACE | TUMACO | DOB | 08/31/2000 |
| CIVIL STAT | SINGLE | AGE | 10 |
| OCCUPATION | (HOMEMAKER, STUDENT, MINOR, PENSIONED) DOES NOT APPLY | SEX | F |
| CITY | TUMACO | DISTRICT | Central - Urban |
| ADDRESS | TUMACO VIA AL MORRO | TELEPHONE | 313-317-0529 |
| "ESTRATO" | BENEFICIARY | GS-RH | 5 |
| EMERGENCY CONTACT | EUNICE PALMA | TELEPHONE | 314-796-7671 |
| ORGANIZATION | EMSANNAR ESS | | |
| REASON FOR CONSULTATION | INITIAL VISIT: MASS IN RIGHT BREAST | | |
| CURRENT ILLNESS | 19 YR OLD PATIENT- BORN & ORIGINATING FROM TUMACO. CLINICAL CASE CONSULTATION; CONSISTENT EVOLUTION FOR 1 YR – MASS APPEARANCE ON RIGHT BREAST- ECOGRAM: MAY/19 SOLID RIGHT NODE 2.7 OF 13MM.<br><br>NEGATIVE HISTORY OF FAMILY BREAST CANCER<br>MENARCH (1ST menstruual period) 13 YEARS OLD – NEGATIVE PLANNING | | |

| REVISION OF FINDINGS VIA SYSTEM | |
|---|---|
| RESPIRATORY: Normal | SKIN AND ANNEXES : Normal |
| SENSORY ORGANS: Normal | OSTEOMUSCULAR: Normal |
| CARDIOVASCULAR: Normal | ENDOCRINE: Normal |
| GASTROINTESTINAL: Normal | PSICOSOCIAL: Normal |
| GENITOURINARY: Normal | LYMPHATIC: Normal |
| NEUROLOGIC: Normal | OTHER: Normal |

| PHYSICAL EXAMINATION FINDINGS | |
|---|---|
| HEAD: | ABDOMEN |
| EYES: Normal | PELVIS: Normal |
| EARS: Normal | RECTAL: Normal |
| NOSE: Normal | GENITOURINARY: Normal |
| MOUTH: WITHOUT INJURIES | UPPER EXTREMITIES – NO SWELLING |
| THROAT: Normal | LOW EXTREMITIES – NO SWELLING |
| NECK: No inflammation in the lymph nodes | BACK: Normal |
| THORAX: Symmetric breasts, areola composed of various parts, normal nipples, No skin swelling nor secretion of nipples, with palpable dominant damage on right breast, coordinates 1.7 of 3 (illegible symbol ") 2CM stiff consistency, underarms negative | SKIN: Normal |
| HEART: Normal | ENDOCRINE: Normal |
| LUNGS: Normal | NERVE SYSTEM: WITHOUT DEFICIENCY |

| | |
|---|---|
| CLINICAL EVALUATION | |
| DX PRINCIPAL | DX 486-Uncertain or unknown behavior of breast tumor |
| DX TYPE | Newly confirmed |
| EXTERNAL CASE | General illness |
| LOCATION | |
| CLINICAL DIAGNOSIS | Right breast node palpable - large size |
| ANALYSIS & PLAN | Requires surgical damage (node) removal of palpable large size on right breast surgical removal with margins for partial mastectomy, incision and covering.<br><br>Explain procedures, risks (neurovascular damage, infection, dead cells, hematoma and benefits (histological diagnosis defined as: anatomy dealing with the minute structure, composition, and function of tissues, and surgical injury (node) removal) understands and accepts, signs (informed) consent |

| REQUESTS | | | |
|---|---|---|---|
| CODE | DESCRIPTION | DATE –TIME | AMOUNT |
| 852201 | Surgical removal of breast quadrant | 11/01/2019  15:40 | 1 |
| 858402 | Flap of breast cutaneous (skin condition) | 11/01/2019  15:40 | 1 |
| Illegible code | 1ST consultation for specialized medicine – anesthesia | 11/01/2019  15:40 | 1 |

Translator:   Gladys Rosario, Staff Interpreter for the Federal Defenders Office – Tampa Division
Date:          January 9, 2020

Translator: Gladys Rosario, Staff Interpreter for the Federal Defenders Office – Tampa Division
Date: January 9, 2020