

**Importer/High Level Supplier:** Imports or otherwise supplies large quantities of drugs (generally sells/possesses or purchases 1 kilogram or more in a single transaction); is near the top of the distribution chain; has ownership interest in drugs; usually supplies drugs to other drug distributors and generally does not deal in retail amounts; may employ no or very few subordinates.

**Organizer/Leader:** Organizes, leads, directs, or otherwise runs a drug distribution organization; has the largest share of the profits and the most decision-making authority.

**Grower/Manufacturer:** Grows, cultivates, or manufactures a controlled substance and is the principal owner of the drugs.

**Wholesaler:** Sells more than retail/user-level quantities in a single transaction; sells at least 1 ounce (28 grams) but less than 1 kilogram at one time; possesses or buys at least 2 ounces (56 grams) at one time, sells any amount to another dealer.

**Manager/Supervisor:** Serves as a lieutenant to assist one of the above; manages all or a significant portion of a drug manufacturing, importation, or distribution operation; takes instructions from one of the above and conveys to subordinates; supervises directly at least one other co-participant in an organization of at least five co-participants.

**Street-Level Dealer:** Distributes retail quantities directly to the user; sells less than 1 ounce (28 grams) quantities to any user(s).

**Broker:** Arranges for two parties to buy/sell drugs, or directs potential buyer to a potential seller.

**Courier:** Transports or carries drugs with the assistance of a vehicle or other equipment. Includes situations where the offender, who is otherwise considered to be a crew member, is the only participant directing a vessel onto which drugs had been loaded from a "mother-ship."

**Mule:** Transports or carries drugs internally or on their person, often by airplane, or by walking across a border. Also, includes an offender who only transports or carries drugs in baggage, souvenirs, clothing, otherwise.

**Employee/Worker:** Performs very limited, low-level function in the offense (whether or not ongoing); includes running errands, answering the telephone, scouts, receiving packages, packaging the drugs, manual labor, acting as a lookout to provide early warnings [during meetings, exchanges, or on/offloading], passengers in vehicles, or acting as a deckhand/crew member on vessel or aircraft used to transport large quantities of drugs.